ISIDORE TURK et al., Appellants, *v.* MALVERNE ESTATES, INC., Respondents.

(Submitted December 4, 1933; decided December 5, 1933.)

*Sydney Morris* for motion.
*David S. Romanov* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion.